Jonathan Shub (CA Bar No. 237708)
**SHUB LAW FIRM LLC**
134 Kings Hwy E Fl 2
Haddonfield, NJ 08033
Tel: 856-772-7200
jshub@shublawyers.com

*Pro Hac Vice Forthcoming*
*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CINDY BECHTEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>WALMART INC.,<br><br>Defendant | Case No. 22-cv-00430-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiffs Cindy Bechtel, Tiffany Hankis, and Nancy Schlenker voluntarily dismiss without prejudice the above-entitled action against Defendant Walmart Inc. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: January 26, 2023

Respectfully submitted,

/s/ Jonathan Shub

**SHUB LAW FIRM LLC**
134 Kings Hwy E Fl 2
Haddonfield, NJ 08033
Tel: (856) 772-7200
jshub@shublawyers.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Nick Suciu*
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
Email: nsuciu@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Trent Kashima (SBN 29105)
402 W. Broadway, Suite 1760
San Diego, CA 92101
Tel: (866) 252-0878

**LEVIN, SEDRAN & BERMAN, LLP**
Charles E. Schaffer*
David C. Magagna, Jr.*
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cschaffer@lfsblaw.com

**LAUKAITIS LAW FIRM LLC**
Kevin Laukaitis
737 Bainbridge Street, #155
Philadelphia, PA 19147
Tel: (215) 789-4462
klaukaitis@laukaitislaw.com

*Pro Hac Vice Motion Filed, Approved or Forthcoming*

2
**NOTICE OF VOLUNTARY DISMISSAL**

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was filed this 26th day of January, 2023, via the electronic filing system of the United States District Court for the Northern District of California, which will automatically serve all counsel of record.

*/s/ Jonathan Shub*
Jonathan Shub